# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **THERESA PHILLIPS**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-01548-CLM |
| | ) | |
| **LEGACY CABINET,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL ORDER

For the reasons stated in the memorandum opinion entered contemporaneously herewith, the court **GRANTS** Legacy Cabinet's motion for summary judgment. Doc. 14. The court **DISMISSES** Phillips' complaint (doc. 1) **WITH PREJUDICE**.

Costs taxed against Theresa Phillips.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** on December 29, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE